UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSEPH ROBINSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.: |
| KERASOTES THEATERS, INC. A Delaware Corporation, | ) ) ) ) |
| Defendant. | ) ) |

**NOTICE OF REMOVAL**

KERASOTES SHOWPLACE THEATRES, LLC., incorrectly identified as "Kerasotes Theaters, Inc.", through its attorneys, Kevin M. O'Hagan and Jeneé I. Gaskin of O'Hagan Meyer, LLC, hereby removes this action to the United States District Court for the Northern District of Illinois pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, and states as follows:

1. The movant's Notice of Removal is based upon subject matter jurisdiction conferred by a federal question and supplemental jurisdiction, as established in 28 U.S.C. §§ 1331 and 1367. See Fournier v. Lufthansa German Airlines, 191 F. Supp. 2d 996, 1000 (N.D. Ill. 2002).

2. Plaintiff, Joseph Robinson, filed a Complaint in the Circuit Court of Cook County, styled JOSEPH ROBINSON v. KERASOTES THEATRES, INC. a Delaware Corporation bearing case No. 2021 L 011027. (See Plaintiff's Complaint at Law attached hereto as Exhibit A).

3. This matter arises out of an employment dispute related to Plaintiff's employment with Kerasotes Showplace Theatres, LLC ("Defendant"). (Compl. at ¶ 1). Plaintiff alleges that he was terminated due to his race and age in violation of the Illinois Human Rights Act, 775 ILCS 5/2-101 et seq., Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-2 et seq., and the Age Discrimination in Employment Act. 29 U.S.C. § 621 et seq. (Compl. at ¶ 1).

4.	Defendant received Plaintiff's Complaint when it was served with process on November 29, 2021. (See Process of Service attached hereto as Exhibit B).

5.	In response to the Complaint, Defendant has filed this Notice of Removal without filing any responsive pleading in the Circuit Court of Cook County to preserve its rights.

6.	Defendant is an Illinois business with its principal place of business located in Chicago, Illinois.

7.	Plaintiff was an employee of Defendant from October 25, 2005 to August 11, 2020.

8.	Plaintiff's claims arise under federal laws, such as Title VII of the Civil Rights Act of 1964 and the Age Discrimination in Employment Act 29 U.S.C. § 621 et seq. as well as state law. As a result, this Court has jurisdiction over Plaintiff's claims pursuant to 28 U.S.C. §§ 1331 and 1367.

9.	This Notice was filed within thirty (30) days of "receipt by the Defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based". 28 U.S.C. § 1446(b)(1).

10.	As required by 28 U.S.C. § 1446(d), the movant will promptly serve upon Plaintiffs' counsel, and file with the Circuit Court of Cook County, a true and correct copy of this Notice.

11.	By removing this action, Defendant does not waive any defenses available to it.

12.	If any question arises as to the propriety of the removal of this action, the movant requests the opportunity to present a brief and oral argument in support of its position that this case is removable.

13.	This Notice is signed and in compliance with Rule 11 of the Federal Rules of Civil Procedure.

14. WHEREFORE, Defendant, KERASOTES SHOWPLACE THEATRES, LLC incorrectly identified as "Kerasotes Theaters, Inc." prays that this Honorable Court retain jurisdiction of the matter pursuant to 28 U.S.C., §§ 1331, 1367, 1441, and 1446.

Dated: December 27, 2021

                                                    Respectfully submitted.

                                                  O'HAGAN MEYER, LLC

By:   /s/*Jeneé I. Gaskin*_____
        One of the Attorneys for Defendant,
        Kerasotes Showplace Theatres, LLC

Kevin M. O'Hagan (#6211446)
Jeneé I. Gaskin (#6312780)
O'Hagan Meyer LLC
One East Wacker Drive, Suite 3400
Chicago, Illinois 60601
Tel: 312.422.6100/ Fax: 312.422.6110
kohagan@ohaganmeyer.com
jgaskin@ohaganmeyer.com

12-Person Jury

FILED
11/12/2021 12:00 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL

2021L011027

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | | |
|---|---|---|
| JOSEPH ROBINSON | ) | |
| Plaintiff, | ) | |
| | ) | No. |
| v. | ) | |
| | ) | |
| KERASOTES THEATERS, INC. | ) | Amount Claimed: In Excess of $50,000.00 |
| a Delaware Corporation, | ) | DEMAND TO BE HEARD BY A JURY |
| | ) | OF TWELVE |
| Defendant, | ) | |

## COMPLAINT AT LAW

NOW COMES Plaintiff, JOSEPH ROBINSON, by and through his attorneys, GORDON LAW OFFICES, LTD., for his complaint at law against Defendant, KERASOTES THEATERS, INC., a Delaware Corporation, state as follows:

### NATURE OF THE ACTION

1. Plaintiff brings this action against his former employer, Defendant KERASOTES THEATERS, INC., on the basis of age and race discrimination in violation of the Illinois Human Rights Act, 775 ILCS 5/2, the Age Discrimination in Employment Act, 29 U.S.C. § 631, and Title VII of the Civil Rights Act of 1964, Civil Rights Act of 1964 § 7, 42 U.S.C. § 2000e et seq (1964).

### FACTUAL BACKGROUND

2. At all relevant times, Plaintiff resided in Chicago, Cook County, Illinois.

3. At all times relevant, Defendant was a Delaware Corporation that owned, operated, and managed a facility located at 1011 S Delano Ct, Chicago, IL 60605.

4. At all times relevant, Defendant was responsible for the acts and/or omissions of its employees.

5. Plaintiff was employed by Defendant from October of 2005 until August 11, 2020.

1


EXHIBIT A

6. Plaintiff was terminated on August 11, 2020.

7. During his employment Plaintiff performed his job duties satisfactorily.

8. During his employment, Plaintiff was promoted to the position of General Manager.

9. Plaintiff's performance was as good as that of his co-workers, and he was never disciplined or reprimanded.

10. Plaintiff was 46 years old at the time of the discharge.

11. Plaintiff is African American.

## COUNT I
### Age Discrimination in Violation of Illinois Human Rights Act

12. Plaintiff realleges and incorporates paragraphs 1-11 of this Complaint, as if fully set forth herein.

13. Upon information and belief, when Defendant laid off Petitioner, it did not lay off General Managers under the age of 40.

14. Defendant, by its acts and omissions, discriminated against Mr. Robinson on the basis of his age in violation of the Illinois Human Rights Act, 775 ILCS 5/2.

15. As a proximate result of the foregoing act and/or omissions, Plaintiff has suffered actual and punitive damages, including, but not limited to, lost wages, incidental damages, pain and suffering in the form of emotional distress, anxiety, embarrassment and humiliation, and attorneys' fees and costs.

WHEREFORE, Plaintiff, JOSEPH ROBINSON, demands judgment against Defendant, KERASOTES THEATERS, INC., a Delaware Corporation, in an amount in excess of $50,000.00, plus attorneys' fees and costs and any other damages allowed pursuant to the Illinois Human Rights Act.



## COUNT II
### Race Discrimination in Violation of Illinois Human Rights Act

16. Plaintiff realleges and incorporates paragraphs 1-11 of this Complaint, as if fully set forth herein.

17. Upon information and belief, when Defendant laid off Petitioner, it did not lay off General Managers of other races, national origins and/or colors.

18. Defendant, by its acts and omissions, discriminated against Mr. Robinson on the basis of his race in violation of the Illinois Human Rights Act, 775 ILCS 5/2.

19. As a proximate result of the foregoing acts and/or omissions, Plaintiff has suffered actual and punitive damages, including, but not limited to, lost wages, incidental damages, pain and suffering in the form of emotional distress, anxiety, embarrassment and humiliation, and attorneys' fees and costs.

WHEREFORE, Plaintiff, JOSEPH ROBINSON, demands judgment against Defendant, KERASOTES THEATERS, INC., a Delaware Corporation, in an amount in excess of $50,000.00, plus attorneys' fees and costs and any other damages allowed pursuant to the Illinois Human Rights Act.

## COUNT III
### Age Discrimination in Violation of the Age Discrimination in Employment Act

20. Plaintiff realleges and incorporates paragraphs 1-11 of this Complaint, as if fully set forth herein.

21. Upon information and belief, when Defendant laid off Petitioner, it did not lay off General Managers under the age of 40.

22. Defendant, by its acts and omissions, discriminated against Mr. Robinson on the basis of his age in violation of the Age Discrimination in Employment Act, 29 U.S.C. § 631.

23. As a proximate result of the foregoing act and/or omissions, Plaintiff has suffered actual and punitive damages, including, but not limited to, lost wages, incidental damages, pain and suffering in the form of emotional distress, anxiety, embarrassment and humiliation, and attorneys' fees and costs.

WHEREFORE, Plaintiff, JOSEPH ROBINSON, demands judgment against Defendant, KERASOTES THEATERS, INC., a Delaware Corporation, in an amount in excess of $50,000.00, plus attorneys' fees and costs and any other damages allowed pursuant to the Age Discrimination in Employment Act

## COUNT V
### Race Discrimination in Violation of Title VII of the Civil Rights Act of 1964

24. Plaintiff realleges and incorporates paragraphs 1-11 of this Complaint, as if fully set forth herein.

25. Upon information and belief, when Defendant laid off Petitioner, it did not lay off General Managers of other races, national origins and/or colors.

26. Defendant, by its acts and omissions, discriminated against Mr. Robinson on the basis of his race in violation of the Title VII of the Civil Rights Act of 1964, Civil Rights Act of 1964 § 7, 42 U.S.C. § 2000e et seq (1964).

27. As a proximate result of the foregoing acts and/or omissions, Plaintiff has suffered actual and punitive damages, including, but not limited to, lost wages, incidental damages, pain and suffering in the form of emotional distress, anxiety, embarrassment and humiliation, and attorneys' fees and costs.

WHEREFORE, Plaintiff, JOSEPH ROBINSON, demands judgment against Defendant, KERASOTES THEATERS, INC., a Delaware Corporation, in an amount in excess of $50,000.00,



FILED DATE: 11/12/2021 12:00 AM 2021L011027

plus attorneys' fees and costs and any other damages allowed pursuant to Title VII of the Civil Rights Act of 1964.

Respectfully submitted,
JOSEPH ROBINSON

By:_____
One of His Attorneys

Richard R. Gordon
Tod Rottman
Kevin A. Murphy
Gordon Law Offices, Ltd.
111 West Washington, Suite 1240
Chicago, Illinois 60602
rrg@gordonlawchicago.com
thr@gordonlawchicago.com
kam@gordonlawchicago.com
312-332-5200
Atty #: 57507
*Attorneys for Plaintiff*

FILED
11/12/2021 12:00 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL

2021L011027

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | | |
|---|---|---|
| JOSEPH ROBINSON | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) No. | |
| v. | ) | |
| | ) | |
| KERASOTES THEATERS, INC. | ) | |
| a Delaware Corporation, | ) | |
| | ) | |
| Defendant, | ) | |

**AFFIDAVIT**

I, Tod Rottman, first being duly sworn on oath, depose and state as follows:

1. The damages claimed by the Plaintiff exceed the sum of FIFTY THOUSAND DOLLARS ($50,000.00).

FURTHER AFFIANT SAYETH NOT.

_____
Tod Rottman
Attorney for Plaintiff

**VERIFICATION**

Under penalties as provided by law pursuant to 735 ILCS 5/1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

_____
Tod Rottman



**Service of Process Transmittal**
11/29/2021
CT Log Number 540657499

TO: James R. Potter
James R. Potter, P.C.
300 EAST ASH, SUITE 1
SPRINGFIELD, IL 62703

RE: **Process Served in Illinois**

FOR: Kerasotes Theatres, Inc. (Domestic State: DE)

ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:

| | |
|---|---|
| TITLE OF ACTION: | Re: JOSEPH ROBINSON // To: Kerasotes Theatres, Inc. |
| DOCUMENT(S) SERVED: | -- |
| COURT/AGENCY: | None Specified<br>Case # 2021L011027 |
| NATURE OF ACTION: | Employee Litigation - Discrimination |
| ON WHOM PROCESS WAS SERVED: | C T Corporation System, Chicago, IL |
| DATE AND HOUR OF SERVICE: | By Process Server on 11/29/2021 at 04:35 |
| JURISDICTION SERVED: | Illinois |
| APPEARANCE OR ANSWER DUE: | None Specified |
| ATTORNEY(S) / SENDER(S): | None Specified |
| ACTION ITEMS: | CT will retain the current log<br><br>Image SOP<br><br>Email Notification, James R. Potter  bud@jrpotterlaw.com |
| REGISTERED AGENT ADDRESS: | C T Corporation System<br>208 South LaSalle Street<br>Suite 814<br>Chicago, IL 60604<br>877-467-3525<br>SmallBusinessTeam@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

Page 1 of 1 / KS

EXHIBIT B



# PROCESS SERVER DELIVERY DETAILS

**Date:** Mon, Nov 29, 2021

**Server Name:** Sheriff Drop

| Entity Served | Kerasotes Theatre Inc |
|---|---|
| Case Number | 2021L011027 |
| Jurisdiction | IL |



IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

FILED
11/12/2021 12:00 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL

2021L011027

| | |
|---|---|
| JOSEPH ROBINSON | ) |
| Plaintiff, | ) |
| v. | ) No. |
| KERASOTES THEATERS, INC. a Delaware Corporation, | ) |
| Defendant, | ) |

## SUMMONS

To: Kerasotes Theaters, Inc.
c/o CT Corporation System
208 S. LaSalle Street
Suite 814
Chicago, IL 60604

**To each Defendant:**

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance and pay the required fee **within thirty (30) days after service of this Summons**, not counting the day of service. To file your answer or appearance you need access to the internet. Please visit www.cookcountyclerkofcourt.org to initiate this process. Kiosks with internet access are available at all Clerk's Office locations. Please refer to the last page of this document for location information. **IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT, A COPY OF WHICH IS HERETO ATTACHED.**

**To the Officer:**

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than thirty (30) days after its date.

**E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit https://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp.**

11/12/2021 12:00 AM IRIS Y. MARTINEZ

WITNESS_____

IRIS MARTINEZ, Clerk of Court

Gordon Law Offices, Ltd.
111 W. Washington Street, Ste. 1240
Chicago, IL 60602
(312) 332-5200 / Fax: (312) 242-4966
Atty. No. 57507

Date of Service _____, 20____
(inserted by officer on copy left with defendant/other person)

\* 5 0 1 2 0 8 1 1 \*

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

FILED
11/12/2021 12:00 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL

2021L011027

FILED DATE: 11/12/2021 12:00 AM 2021L011027

| | |
|---|---|
| JOSEPH ROBINSON | ) |
| Plaintiff, | ) |
| | ) No. |
| v. | ) |
| KERASOTES THEATERS, INC. | ) |
| a Delaware Corporation, | ) |
| Defendant, | ) |

## SUMMONS

To: Kerasotes Theaters, Inc.
c/o CT Corporation System
208 S. LaSalle Street
Suite 814
Chicago, IL 60604

**To each Defendant:**

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance and pay the required fee **within thirty (30) days after service of this Summons**, not counting the day of service. To file your answer or appearance you need access to the internet. Please visit www.cookcountyclerkofcourt.org to initiate this process. Kiosks with internet access are available at all Clerk's Office locations. Please refer to the last page of this document for location information. **IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT, A COPY OF WHICH IS HERETO ATTACHED.**

**To the Officer:**

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than thirty (30) days after its date.

**E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit https://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp.**

11/12/2021 12:00 AM IRIS Y. MARTINEZ

WITNESS _____

IRIS MARTINEZ, Clerk of Court

Gordon Law Offices, Ltd.
111 W. Washington Street, Ste. 1240
Chicago, IL 60602
(312) 332-5200 / Fax: (312) 242-4966
Atty. No. 57507

Date of Service _____, 20____
(inserted by officer on copy left with defendant/other person)